IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONALD BATOR, EDMOND W. MOSES, CHRISTOPHER O'MALLEY, MICHAEL ANTHONY PAPPA and ROGELIO JIMENEZ, JR. on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE INTER- LOCAL PENSION FUND of the Graphic Communications Conference of the International Brotherhood of Teamsters, LOCAL NO. 458-M GRAPHIC COMMUNICATIONS INTERNATIONAL UNION, DISTRICT COUNCIL NO. 4 GRAPHIC COMMUNICATIONS CONFERENCE OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, and THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>Defendants. | No. 18 CV 01770<br><br>Judge John J. Tharp, Jr. |

## JUDGMENT ORDER

This action having been decided on a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) by Judge John J. Tharp, Jr., it is hereby ORDERED:

Judgment is hereby entered in favor of defendants Board of Trustees of the Inter-Local Pension Fund of the Graphic Communications Conference of the International Brotherhood of Teamsters and Local No. 458-M Graphic Communications International Union/District Council

No. 4 Graphic Communications Conference of the International Brotherhood of Teamsters and against plaintiffs. Defendants shall recover costs from plaintiffs.

Date: July 26, 2019

John J. Tharp, Jr.
United States District Judge